MICHAEL FREEMAN *vs.* JOHN GRIGGS.

Suffolk.   November 17, 1874.   WELLS & DEVENS, JJ., absent.

If the party seeking to establish the truth of his exceptions neglects without excuse for sixteen months to apply to the commissioner, appointed by the court, to have a day fixed for a hearing, this is good ground for dismissing the petition to prove the exceptions.

PETITION, filed May 2, 1873, to establish the truth of excep-tions disallowed by the Superior Court. On June 23, 1873, the

petition was referred to a commissioner to hear the parties and report the facts to the court. The respondent now moved to dismiss the petition for want of prosecution.

*J. M. Keith*, for the respondent.

*F. A. Perry*, (*E. Avery* with him,) for the petitioner.

BY THE COURT. It was the petitioner's duty to apply to the commissioner to have a day appointed for a hearing. It appears that this has not been done, although sixteen months have elapsed. No excuse for such gross delay is shown. The petition to establish the truth of the exceptions must therefore be

*Dismissed.*